| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | JAMES E. BURNS, JR. (STATE BAR NO. 53250)<br>JUSTIN MYER LICHTERMAN (STATE BAR NO. 225734)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: 415-773-5700<br>Facsimile: 415-773-5759 |
| 6<br>7 | Attorneys for Defendants<br>OPSYS LIMITED, a United Kingdom Company<br>CDT LIMITED, a UK Company |

**FILED**

JUN - 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OPSYS LIMITED, a United Kingdom Company, CDT LIMITED, a UK Company,<br><br>Defendants. | Case No. C 05-00553 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br><br>Judge: Hon. Marilyn Hall Patel<br>Courtroom: 15, 18th Floor |

DOCSSF1:819814.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. C05-00553 MHP

1  Plaintiff and defendants hereby stipulate and agree to continue the motion to dismiss and
2  case management conference until July 18 2005, or a date convenient for the Court. This is
3  because plaintiff's counsel, Mr. Hilton, must be in trial in San Jose on June 6 for a one-to-two
4  week trial in <u>Desvarro vs Bay Microsystems,</u> Santa Clara County Superior Court, no, 103-CV-
5  006910.

6  The parties further stipulate and agree that, with the Court's approval, all presently
7  calendared dates be amended to preserve as best as possible the current temporal intervals as
8  follows:

| Monday, June 27, 2005 | Final date to file Joint ADR Certification. |
| --- | --- |
| Friday, July 1, 2005 | Final Date to File Case Management Statement and proposed order. |
| Monday, July 11, 2005 | Final Date to Complete Initial Disclosures and serve Rule 26(f) report. |
| Monday, July 18, 2005, at 2:00 p.m. | Case Management Conference |

**SO STIPULATED**

Date: 6-1-2005                                  Date: 6-1-2005

_/s/_____                    _/s/_____
Stanley G. Hilton                               Justin M. Lichterman
Counsel for Plaintiff                          Counsel for Defendants


## <u>ORDER</u>

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED THAT the case management conference is continued until July 18, 2005 at 2:00 p.m., and the calendar is revised pursuant to the above schedule.

DATE: 6/2/05

_____
JUDGE