FILED

AUG 22 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JAMES E. BURNS, JR. (STATE BAR NO. 53250)
   JUSTIN MYER LICHTERMAN (STATE BAR NO. 225734)
2  HEIDI E. KOH (STATE BAR NO. 233327)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105
   Telephone:   415-773-5700
5  Facsimile:   415-773-5759

6  Attorneys for Defendants
   OPSYS LIMITED, a United Kingdom Company
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | SUNNYSIDE DEVELOPMENT COMPANY, LLC,         | Case No.  C 05-00553 MHP
13 |                                              | **STIPULATION ENLARGING DEADLINES PURSUANT TO CIVIL LOCAL RULE 6-2**
   |                Plaintiff,                    |
14 |                                              |
   |        v.                                    |
15 |                                              | Judge: The Hon. Marilyn Hall Patel
   | OPSYS LIMITED, a United Kingdom
16 | Company,                                     |
17 |                Defendant.                    |

US_WEST:260074520.1

STIPULATION PURSUANT TO L.R. 6-2

**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2**

WHEREAS on March 23, 2006, the United States District Court for the Northern District of California, San Francisco Division, Judge Marilyn Hall Patel presiding, entered an Order setting a Jury Trial Schedule ("Scheduling Order") in the above-captioned case;

WHEREAS pursuant to the Scheduling Order, the Court set various deadlines, including *inter alia* the following deadlines:

| | |
|---|---|
| • Fact Discovery Cut Off | September 8, 2006 |
| • Expert disclosures | September 8, 2006 |
| • Rebuttal Expert Disclosures | October 7, 2006 |
| • Expert Discovery Cut Off | October 20, 2006 |

WHEREAS Defendant has subpoenaed Mrs. Doreen Chiu to appear for deposition within the time allowed for fact discovery, but Mrs. Chiu is unavailable until September 20, 2006;

WHEREAS the parties have agreed to move the deadlines for expert discovery;

WHEREAS for the convenience of Mrs. Chiu, the parties wish to extend and modify the above-referenced deadlines, and to permit the deposition of Mrs. Chiu after the Fact Discovery Cut Off, as follows:

| | |
|---|---|
| • Fact Discovery Cut Off | September 8, 2006 |
| • Deposition of Doreen Chiu | September 22, 2006 |
| • Expert disclosures | September 22, 2006 |
| • Rebuttal Expert Disclosures | October 20, 2006 |
| • Expert Discovery Cut Off | November 3, 2006 |

WHEREAS no previous time modifications have been requested or made to the schedule in the case, and this modification will not have any effect on the other deadlines set in the Scheduling Order or otherwise delay the case;

//

NOW THEREFORE the parties hereby STIPULATE AND AGREE that, upon approval by the Court pursuant to Civil Local Rule 6-2:

1. The aforementioned deadlines are extended in the manner described above;
2. All other deadlines in the Scheduling Order shall remain unchanged.

IT IS SO STIPULATED.

A proposed order is submitted with this stipulation pursuant to Local Rule 7-12.

| | |
|---|---|
| Date: August 17, 2006 | Orrick, Herrington & Sutcliffe LLP<br><br>/s/ Justin Lichterman<br>Justin M. Lichterman<br>Counsel for Defendant Opsys Limited |
| Date: August 17, 2006 | Bartko Zankel Tarrant Miller PC<br><br>/s/ Alyson Huber<br>Alyson Huber<br>Counsel for Plaintiff Sunnyside Development Co. LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: 8-18-06

Judge of the United States District Court
Northern District of California