UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNNYSIDE DEVELOPMENT CO. LLC,

          Plaintiff,

   v.

OPSYS LIMITED,

          Defendants.
_____/

No. C 05-00553 MHP

**ORDER**

    The court has reviewed the documents bates labeled OPS 01408 and OPS 01712 in camera. All redactions are SUSTAINED except the third redaction on page OPS 01408. The redaction of the sentence following the words "late this afternoon" and preceding the words "Now, its just back" is OVERRULED.

    IT IS SO ORDERED.

Dated: Oct 31, 2006

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California