Robert H. Bunzel, State Bar No. 99395
Alyson L. Huber, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
rbunzel@bztm.com
ahuber@bztm.com

Attorneys for Plaintiff
SUNNYSIDE DEVELOPMENT CO., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>OPSYS LIMITED, a United Kingdom Company; and CDT LIMITED, a United Kingdom Company,<br><br>    Defendants. | No. C 05-00553 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING THE HEARING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

Plaintiff Sunnyside Development Co., LLC ("Sunnyside") and defendant Opsys Limited ("Opsys") hereby jointly file this Stipulation regarding the hearing on Motion for Summary Judgment, or in the Alternative, Summary Adjudication (the "Motion") filed by Opsys on November 20, 2006:

WHEREAS, Opsys brought an administrative motion to enlarge the time for Opsys to file a Reply brief on the Motion. The Court granted Opsys' administrative motion and extended the time for Opsys to file its Reply to December 29, 2006. The Court also moved the hearing date of the Motion to January 17, 2007; and

WHEREAS, Robert H. Bunzel, Esq., lead trial counsel for Sunnyside, has a previously existing scheduling conflict that renders him unavailable from January 13, 2007

-1-

1 through January 20, 2007. The parties disclosed this conflict to the Court during a status
2 conference held on March 20, 2006, at which time the Court set a pretrial schedule; and

3 WHEREAS, pursuant to the Court's scheduling Order, the parties pre-trial
4 submissions are due on January 26, 2007; and

5 WHEREAS, the parties would like to adjust the schedule to allow ample time for
6 both parties and the Court to review and respond to the Motion without unduly delaying the
7 hearing on the Motion or altering the remaining deadlines in the case, including pre-trial
8 submissions.

9 NOW THEREFORE IT IS HEREBY STIPULATED that the parties agree to
10 whichever of the following alternative briefing and hearing schedules is most convenient to the
11 Court:

12 (1) Hearing: Friday, January 12, 2007, at 2:30 p.m.
13 Plaintiff's Opposition due December 20, 2006
14 Defendant's Reply due December 29, 2006

15 OR

16 (2) Hearing: January 24, 2007, at 2:30 p.m.
17 Opposition and Reply briefs due per the Federal Rules of Civil Procedure.

18 Dated: December 11, 2006          JUSTIN M. LICHTERMAN
                                    Orrick, Herrington & Sutcliffe LLP
19
                                    /s/
20                                  Justin M. Lichterman
                                    Attorney for Defendant
21

22 Dated: December 11, 2006          ALYSON L. HUBER
                                    Bartko Zankel Tarrant Miller
23
                                    /s/
24                                  Alyson L. Huber
                                    Attorney for Plaintiff
25

26 SO ORDERED:

27                  12/27/06        _____
                                    The Hon. Marilyn Hall Patel
28

-2-

2103.000/318387.1          STIPULATION AND [PROPOSED] ORDER MOVING THE HEARING DATE FOR DEFENDANT'S
                           MOTION FOR SUMMARY JUDGMENT: Case No. C 05-00553 MHP

Case 3:05-cv-00553-MHP Document 105 Filed 12/28/2006 Page 3 of 3

2103.000/318387.1

Case No. C 05-00553 MHP