Robert H. Bunzel, State Bar No. 99395
Alyson L. Huber, State Bar No. 202713
Brian P. Villarreal, State Bar No. 234690
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
ahuber@bztm.com

Attorneys for Plaintiff
SUNNYSIDE DEVELOPMENT CO., LLC

BARTKOZANKEL
Bartko-Zankel-Tarrant-Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OPSYS LIMITED, a United Kingdom Company,<br><br>Defendant. | No. C 05-00553 MHP<br><br>**PLAINTIFF'S UPDATED SUBMISSIONS**<br><br>Pre-Trial: February 14, 2007<br>Time: 9:30 a.m.<br>Courtroom: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel<br><br>Trial Date: February 20, 2007 |

In an effort to update To update plaintiff Sunnyside Development Company, LLC ("Sunnyside") demonstrative exhibits, Sunnyside hereby submits the following revised demonstratives.

Exhibit A: Plaintiff's Exhibit List, revised 2/13/07

Exhibit B: Plaintiff's Revised Exhibit 60

Exhibit C: Plaintiff's Revised Exhibit 61

Exhibit D: Plaintiff's Revised Exhibit 62

Exhibit E: Plaintiff's Proposed Order re: trial equipment

DATED: February 13, 2007

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By: /s/ Alyson L. Huber
Alyson L. Huber
Attorneys for Plaintiff
SUNNYSIDE DEVELOPMENT CO., LLC

BARTKOZANKEL
Bartko-Zankel-Tarrant-Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C 05-00553 MHP
*Sunnyside Development LLC vs. Opsys Limited*

DATE February 13, 2007

EXHIBIT LIST

☒ PLAINTIFF ☐ DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| 1 | | | Pictures of the property taken on 1/8/07 (SUN002921) |
| 2 | | STIPULATED | February 15, 2001 Standard Industrial/Commercial Single-Tenant Lease between Sunnyside Development Company LLC and Opsys Limited, a United Kingdom Company (SUN 002259-2276) |
| 3 | | | February 18, 2001, email re: McCandless lease (OPS06908-06916) |
| 4 | | | Plans for the Opsys build-out (SUN002295-2307) |
| 5 | | | April 2, 2001 Employment Agreement between Damoder Reddy and Opsys Limited (OPS07050-07062; OPS05945-5957) |
| 6 | | | July 4, 2001, Memo from Bob Ganter to Ahmad et. al. re: Summary of Meeting with LSI Construction (OPS06098-06099) |
| 7 | | | Undated 2002 Disclosure letter to Pentalpha Macau Commercial Offshore Limited re: Asset Purchase and Lease Agreement (OPS 04523-4532) |
| 8 | | | Feb 6, 2002 email to Michael Holmes with clean-room photos (OPS07036-07041) |
| 9 | | | March 21, 2002 Royal Wholesale Electrical Mechanic's Lien (SUN000783) |
| 10 | | STIPULATED | July 26, 2002 email from David Fyfe to Michael Holmes re: Landlord meeting (OPS07089-07090) |
| 11 | | | August 2, 2002 and other Labels from |

| | | | |
|---|---|---|---|
| | | | Hazardous Waste Barrel (SUN000687-708; 866-895; 901-907) |
| 12 | | | August 22, 2002 Grant Thornton: Fair Market Value of Opsys US Corporation (OPS 01931-1964) |
| 13 | | | August 23, 2002 Opsys Board Meeting Minutes (OPS 01819-1820) |
| 14 | | STIPULATED | August 26, 2002 Email from Gary Rhea to Frank Chiu attaching Pro-forma balance sheet (SUN 000273-274) |
| 15 | | | September 1, 2002 email from Fyfe to Holmes (OPS06811) |
| 16 | | | September 1, 2002 Amendment No. 1 to Lease between Sunnyside and Opsys Limited (SUN 002277-002278) |
| 17 | | STIPULATED | October 1, 2002 Email chain from Gary Rhea to Michael Holmes, Alexis Zervoglos re Building Lease Assignment (OPS 06770-6775) |
| 18 | | | October 2, 2002 email from Damoder Reddy to Alexis Zervoglos re: planning (OPS06776) |
| 19 | | STIPULATED | October 10, 2002 Letter from Frank Chiu to Richard Eng (SUN 001550-1554) |
| 20 | | | October 11, 2002 Email from Gary Rhea to Michael Holmes, Alexis Zervoglos re Building Lease Assignment attaching final Amend1.doc; Final Assignment.doc (OPS 06778-6785) |
| 21 | | | October 14, 2002 Email from Gary Rhea re: Lease (OPS06786-87) |
| 22 | | STIPULATED | October 15, 2002 Jim Bow email to Gary Rhea (SUN 000610-620) |
| 23 | | | October 15, 2002 Email chain from Gary Rhea to Michael Holmes, Alexis Zervoglos re Building Lease Assignment (OPS 06788-6793) |
| 24 | | | October 17, 2002 email from Gary Rhea REDACTED NON-RESPONSIVE (OPS06794-95) |
| 25 | | STIPULATED | October 18, 2002 Email chain from Gary Rhea to Michael Holmes re assignment documents (OPS 06796-6798) |
| 26 | | | October 23, 2002 Transaction Agreement dated October 23, 2002 between CDT Acquisition Corp., Cambridge Display Technology Limited, Opsys Limited, Opsys U.K. Limited, The Warrantors, Opsys US Corporation, and Opsys 2 Corporation |

| 27 | | STIPULATED | October 29, 2002 Steve Lund Facsimile to Jim Bow re copy of Insurance Binder for new pollution legal liability coverage (SUN 000569-582) |
|---|---|---|---|
| 28 | | | October 30, 2002 email re LOC (OPS07197-7198) |
| 29 | | | November 1, 2002 Letter from Jim Bow to Gary Rhea re Lease Assignment (SUN 000567-568) |
| 30 | | | November 8, 2002 Letter from Frank Chiu to Steve Lund re Mechanic's Lien (SUN 001996) |
| 31 | | | Assignment of Lease and Consent of Lessor between Opsys Limited, Opsys US Corporation and Sunnyside Development LLC (SUN 002283-2286) |
| 32 | | STIPULATED | Amendment No. 2 signed by Richard Eng (SUN 000229-230) |
| 33 | | | November 11-12, 2002 Opsys Board Update Minutes (OPS 01918-1919) marked CONFIDENTIAL |
| 34 | | | November 13, 2002 Letter to all Opsys shareholders about EGM on Thursday November 14 (OPS 01921-1929) |
| 35 | | | December 4, 2002 Central Concrete Supply Co, Inc.'s Mechanic's Lien (SUN 000784) |
| 36 | | | December 10, 2002 F. Sanchez and Son, Inc.'s Mechanic's Lien (SUN 00785) |
| 37 | | | December 16, 2002 L.S.I. Construction. Inc.'s Mechanic's Lien (SUN 000786-787) |
| 38 | | | December 16, 2002 Letter from Frank Chiu to Opsys Limited, Damoder Reddy re Non payment of Rental (OPS 5202) |
| 39 | | STIPULATED | December 17, 2002 Letter from Jim Bow to Opsys Limited re CED Mechanic's Lien (SUN 000512-513) |
| 40 | | | December 17, 2002 Email chain from Gary Rhea re Building Lease negotiations (OPS 06799-6800) |
| 41 | | | December 18, 2002 Letter to Elaine Johnson from Alexis Zervoglos re Funds transfer and check issuance (OPS 02319-2320) |
| 42 | | | December 20, 2002 Letter from Frank Chiu to Opsys Limited, Damoder Reddy re Non-Payment of December 2002 Rental (SUN 02000) |
| 43 | | STIPULATED | January 2, 2003 Valley Global Insurance |

| | | | |
|---|---|---|---|
| | | | Broker's Vera E. Tarsa's Letter to Steve Lund (SUN 2004-2008) |
| 44 | | | January 7, 2003 Asset Purchase and Lease Agreement between Pentalpha Macau Commercial Offshore Limited and Opsys US Corporation (SUN001442-1475; OPS02029-034; OPS02036-2037; OPS04523-28) |
| 45 | | | January 10, 2003 Letter from Frank Chiu to Damoder Reddy re Non-Payment of Rental and reminder lease assignment not in effect until conditions are met (OPS 05203) |
| 46 | | | April 29, 2003 e-mail from Frank Chiu to Michael Holmes re Opsys Limited Lease, (SUN000398) |
| 47 | | | May 8, 2003 city of Fremont Notice of Violation (OPS 05195-05196) |
| 48 | | | May 20-21, 2003 Buildings for Lease and Sale in Newark market prepared by Ben Rojas for Sunyside (SUN001898-1927) |
| 49 | | STIPULATED | January 26, 2004 Order Approving Compromise of Controversy in re: Opsys U.S. Corporation in the United States Bankruptcy Court for the Northern District of California Case No. 03-42660 |
| 50 | | | June 4, 2004 Damoder Reddy's 2nd Amended Cross-Complaint in Macau Commercial Pentalpha Offshore Limited v. Damoder Reddy in the United States District Court for the Northern District of California Case No. C 03-05914 MMC-ARB |
| 51 | | STIPULATED | August 30, 2004 Letter from Ben Rojas to Frank Chiu re: listing with attached listing agreement (SUN001857-1861) |
| 52 | | | November 12, 2004 Email from Damoder Reddy to Stanley Hilton (cc: Frank Chiu) re Opsys in default of lease (SUN 001544) |
| 53 | | | November 20, 2004 Letter from Frank Chiu to Richard Eng (SUN001549) |
| 54 | | | December 18, 2005 Settlement Agreement and Release of all Claims between Damoder Reddy, Opsys Limited and Cambridge Display Technology Limited [signed by Damoder Reddy on December 18, 2005 and signed by CDT and Opsys Limited on December 20, 2005] and Declaration of Damoder Reddy dated December 18, 2005 (OPS 05181-5194) |

| | | | |
|---|---|---|---|
| 55 | | STIPULATED | January 30, 2006 Letter from Ben Rojas to Frank Chiu re marketing efforts (SUN001854-1856) |
| 56 | | | Video of the Premises (SUN002257) |
| 57 | | | Grubb & Ellis Marketing Brochures (Depo. Exh 242) |
| 58 | | | Undated Tax Structure Discussion document (OPS 06639-6640) |
| 59 | | | Cambridge Display Technology, Inc.'s Annual Report on Form 10-K filed with the Securities and Exchange Commission for year ending December 31, 2004 |
| 60 | | | Damages Chart (revised Ainslie report & summary) |
| 61 | | | Plaintiff's Timeline |
| 62 | | | Plaintiff's chart of Opsys corporate structure and CDT Deal (source: OPS01925) |
| 63 | | | Summary of Exhibit 63 and Misc. documents, cancelled checks and receipts supporting cost charges for plaintiff's damages<br>SCA 000162-000163; SUN 000453-000454; SUN 000565; SUN 000789-000790;SUN 001492-001511; SUN 001557-001566; SUN 002802; SUN 002113-002114; SUN 002343-002344; SUN 002540-002541; SUN 002548-002551; SUN 002542; SUN 002552-002558; SUN 002560-002562; SUN 002582-002633; SUN 002563-002581; SUN 002647-002657; SUN 002695-002703; SUN 002706-002723; SUN 002724-002750; SUN 002751-002764; SUN 002765-002782; SUN 002783-002790; SUN 002791-002793; SUN 002853-002861; SUN 002862-002872; SUN 002794-002795; SUN 002797-002845; SUN 002848-002852; SUN 002854; SUN 002884; SUN 002889-002914; and the following documents produced by United Commercial Bank without a Bates stamp: Sunnyside Development Checking Account transactions/Billing Summary; Copies of a check dated 12/28/02; Cashier's check No. 40578495; copy of a check or receipt (can't tell; copy is too dark); Property Tax History (from acgov.org): Property Tax information link; copy of check dated 6/1/03 |
| 64 | | | AIG denial letters (SUN002308-2310, SUN002335-36) |
| 65 | | STIPULATED | June 16, 2004 letter from the Fremont Fire Department to Kenn Conner (SCA000192) |

# Exhibit B

# Summary of Plaintiff's Damages

| | |
|---|---|
| Unpaid rent through July 2008 | $ 5,961,888 |
| Rent increase and late charges | $ 968,182 |
| Costs: prop. taxes paid, utilities, maintenance, liens, clean-up | $ 343,296 |
| Interest | $ 651,048 |
| Unpaid bills incl. prop. tax | $ 436,191 |
| **Subtotal** | **$ 8,360,605** |
| (Less lease deposit and credit) | ($1,050,000) |
| (Less discount future damages) | ($ 97,383) |
| **Total** | **$ 7,213,222** |

Sunnyside v. Opsys

EXHIBIT I

| Period | Rent Charges | | | | Cost Charges | | | | | | Total Rent and Cost Charges | Lease Deposit Credit | Monthly Damages, net of Credit | Damage Balance excl. Late Charges | Interest Rate | | Interest Charges | Discount for future Damages | | Total Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Base Rent | Rent Increase | Late Charge | Total Rent Charges | Unpaid Property Taxes | Insurance/ Utilities | Business Park Maintenance | Mechanic Liens and Clean-up and Repair | Legal Charges | Total Cost Charges | | $ (1,050,000) | Amount | Amount | Rate | valid from | Amount | Rate | Amount | Amount |
| | (Paragraph 52 of Addendum to Lease Agreement) | (Paragraph 12.1 (b) of Lease, and paragraph 7.1 and 7.2 of Transaction Agreement) | (Paragraph 13.4 of Lease Agreement) | | (Paragraph 10.2 (a) of Lease Agreement) | (Paragraph 8.1, 8.2, and 8.3, and Paragraph 11 of Lease Agreement) | (Point 1. of Amendment No. 1 to Lease Agreement) | (Paragraph 7.3 (c) and 6.2 (f) of Lease Agreement) | (Paragraph 31 of Lease Agreement) | | | (Paragraph 1.7 of the Lease Agreement, and Paragraph 50 of the Addendum to the Lease Agreement) | | | (Paragraph 13.5 of Lease Agreement - WSJ Prime plus 4%) | | | (Paragraph 13.2 (a) (IV) of Lease Agreement - FRB Discount Rate plus 1%) | | |
| Dec-02 | 76,806.00 | 7,680.60 | - | 84,486.60 | - | 1,800.00 | 296.33 | | | 2,096.33 | 86,582.93 | (86,582.93) | - | - | 8.25% | | | | | - |
| Jan-03 | 76,806.00 | 7,680.60 | - | 84,486.60 | - | 1,800.00 | 296.33 | | | 2,096.33 | 86,582.93 | (86,582.93) | - | - | 8.25% | | | | | - |
| Feb-03 | 76,806.00 | 7,680.60 | - | 84,486.60 | - | 1,800.00 | 296.33 | | | 2,096.33 | 86,582.93 | (86,582.93) | - | - | 8.25% | | | | | - |
| Mar-03 | 76,806.00 | 7,680.60 | - | 84,486.60 | - | 1,800.00 | 296.33 | | | 2,096.33 | 86,582.93 | (86,582.93) | - | - | 8.25% | | | | | - |
| Apr-03 | 76,806.00 | 7,680.60 | - | 84,486.60 | - | 1,800.00 | 296.33 | 10,000.00 | | 12,096.33 | 96,582.93 | (96,582.93) | - | - | 8.25% | | | | | - |
| May-03 | 76,806.00 | 7,680.60 | - | 84,486.60 | - | 1,800.00 | 296.33 | | | 2,096.33 | 86,582.93 | (86,582.93) | - | - | 8.25% | | | | | - |
| Jun-03 | 76,806.00 | 7,680.60 | - | 84,486.60 | - | 1,800.00 | 296.33 | | | 2,096.33 | 86,582.93 | (86,582.93) | - | - | 8.00% | 6/27/03 | | | | - |
| Jul-03 | 76,806.00 | 7,680.60 | - | 84,486.60 | - | 1,800.00 | 343.67 | | | 2,143.67 | 86,630.27 | (86,630.27) | - | - | 8.00% | | | | | - |
| Aug-03 | 80,646.00 | 8,064.60 | - | 88,710.60 | - | 1,800.00 | 343.67 | | 10,000.00 | 12,143.67 | 100,854.27 | (100,854.27) | - | - | 8.00% | | | | | - |
| Sep-03 | 80,646.00 | 8,064.60 | - | 88,710.60 | - | 1,800.00 | 343.67 | | 3,000.00 | 5,143.67 | 93,854.27 | (93,854.27) | - | - | 8.00% | | | | | - |
| Oct-03 | 80,646.00 | 8,064.60 | - | 88,710.60 | - | 1,800.00 | 343.67 | | | 2,143.67 | 90,854.27 | (90,854.27) | - | - | 8.00% | | - | | | - |
| Nov-03 | 80,646.00 | 8,064.60 | - | 88,710.60 | - | 1,800.00 | 343.67 | | 10,000.00 | 12,143.67 | 100,854.27 | (61,726.40) | 39,127.87 | 39,127.87 | 8.00% | | 257.28 | | | 39,385.15 |
| Dec-03 | 80,646.00 | 8,064.60 | 8,871.06 | 97,581.66 | - | 1,800.00 | 343.67 | | | 2,143.67 | 99,725.33 | - | 99,725.33 | 129,982.14 | 8.00% | | 883.17 | | | 100,608.49 |
| Jan-04 | 80,646.00 | 8,064.60 | 8,871.06 | 97,581.66 | - | 1,800.00 | 343.67 | | | 2,143.67 | 99,725.33 | - | 99,725.33 | 220,836.40 | 8.00% | | 1,500.48 | | | 101,225.80 |
| Feb-04 | 80,646.00 | 8,064.60 | 8,871.06 | 97,581.66 | - | 1,800.00 | 343.67 | | | 2,143.67 | 99,725.33 | - | 99,725.33 | 311,690.67 | 8.00% | | 1,981.16 | | | 101,706.48 |
| Mar-04 | 80,646.00 | 8,064.60 | 8,871.06 | 97,581.66 | 11,787.44 | 1,800.00 | 343.67 | | | 13,931.11 | 111,512.77 | - | 111,512.77 | 414,332.38 | 8.00% | | 2,815.19 | | | 114,327.96 |
| Apr-04 | 80,646.00 | 8,064.60 | 8,871.06 | 97,581.66 | - | 1,800.00 | 343.67 | | | 2,143.67 | 99,725.33 | - | 99,725.33 | 505,186.64 | 8.00% | | 3,321.78 | | | 103,047.10 |
| May-04 | 80,646.00 | 8,064.60 | 8,871.06 | 97,581.66 | - | 1,800.00 | 343.67 | | 3,000.00 | 5,143.67 | 102,725.33 | - | 102,725.33 | 599,040.91 | 8.00% | | 4,070.20 | | | 106,795.52 |
| Jun-04 | 80,646.00 | 8,064.60 | 8,871.06 | 97,581.66 | - | 1,800.00 | 343.67 | | | 2,143.67 | 99,725.33 | - | 99,725.33 | 689,895.18 | 8.00% | | 4,536.30 | | | 104,261.62 |
| Jul-04 | 80,646.00 | 8,064.60 | 8,871.06 | 97,581.66 | - | 1,800.00 | 314.83 | | | 2,114.83 | 99,696.49 | - | 99,696.49 | 780,720.61 | 8.25% | 7/1/04 | 5,470.39 | | | 105,166.89 |
| Aug-04 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | - | 1,800.00 | 314.83 | | 9,964.36 | 12,079.19 | 114,539.57 | - | 114,539.57 | 885,945.60 | 8.50% | 8/11/04 | 6,335.12 | | | 120,874.69 |
| Sep-04 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | - | 1,800.00 | 314.83 | | | 2,114.83 | 104,575.21 | - | 104,575.21 | 981,206.24 | 8.75% | 9/22/04 | 6,915.49 | | | 111,490.70 |
| Oct-04 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | - | 1,800.00 | 314.83 | | | 2,114.83 | 104,575.21 | - | 104,575.21 | 1,076,466.87 | 8.75% | | 7,999.77 | | | 112,574.98 |
| Nov-04 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | - | 1,800.00 | 314.83 | | | 2,114.83 | 104,575.21 | - | 104,575.21 | 1,171,727.50 | 9.00% | 11/10/04 | 8,595.34 | | | 113,170.56 |
| Dec-04 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | 24,305.65 | 1,800.00 | 314.83 | 46,670.00 | | 73,090.48 | 175,550.86 | - | 175,550.86 | 1,337,963.79 | 9.25% | 12/14/04 | 10,392.13 | | | 185,942.99 |
| Jan-05 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | - | 1,800.00 | 314.83 | 14,850.00 | | 16,964.83 | 119,425.21 | - | 119,425.21 | 1,448,074.42 | 9.25% | | 11,376.31 | | | 130,801.52 |
| Feb-05 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | - | 1,800.00 | 314.83 | 24,122.00 | 6,000.00 | 32,236.83 | 134,697.21 | - | 134,697.21 | 1,573,457.05 | 9.50% | 2/2/05 | 11,456.06 | | | 146,153.27 |
| Mar-05 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | - | 1,800.00 | 314.83 | | | 2,114.83 | 104,575.21 | - | 104,575.21 | 1,668,717.69 | 9.75% | 3/22/05 | 13,578.33 | | | 118,153.55 |
| Apr-05 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | - | 1,800.00 | 314.83 | | | 2,114.83 | 104,575.21 | - | 104,575.21 | 1,763,978.32 | 9.75% | | 14,135.99 | | | 118,711.20 |
| May-05 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | - | 1,800.00 | 314.83 | | | 2,114.83 | 104,575.21 | - | 104,575.21 | 1,859,238.95 | 10.00% | 5/3/05 | 15,765.33 | | | 120,340.54 |
| Jun-05 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | - | 1,800.00 | 314.83 | | 455.94 | 2,570.77 | 105,031.15 | - | 105,031.15 | 1,954,955.53 | 10.00% | | 16,068.13 | | | 121,099.28 |
| Jul-05 | 84,678.00 | 8,467.80 | 9,314.58 | 102,460.38 | - | 1,800.00 | 311.33 | | | 2,111.33 | 104,571.71 | - | 104,571.71 | 2,050,212.66 | 10.00% | | 17,412.77 | | | 121,984.48 |
| Aug-05 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | - | 1,800.00 | 311.33 | | | 2,111.33 | 109,694.85 | - | 109,694.85 | 2,150,127.19 | 10.00% | | 18,261.35 | | | 127,956.21 |
| Sep-05 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | - | 1,800.00 | 311.33 | | | 2,111.33 | 109,694.85 | - | 109,694.85 | 2,250,041.73 | 10.00% | | 18,493.49 | | | 128,188.35 |
| Oct-05 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | - | 1,800.00 | 311.33 | | | 2,111.33 | 109,694.85 | - | 109,694.85 | 2,349,956.26 | 10.00% | | 19,958.53 | | | 129,653.39 |
| Nov-05 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | 25,528.16 | 1,800.00 | 311.33 | | | 27,639.49 | 135,223.01 | - | 135,223.01 | 2,475,398.95 | 10.00% | | 20,345.74 | | | 155,568.76 |
| Dec-05 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | - | 1,800.00 | 311.33 | | | 2,111.33 | 109,694.85 | - | 109,694.85 | 2,575,313.49 | 10.00% | | 21,872.53 | | | 131,567.38 |
| Jan-06 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | - | 1,800.00 | 311.33 | | | 2,111.33 | 109,694.85 | - | 109,694.85 | 2,675,228.02 | 10.00% | | 22,721.11 | | | 132,415.97 |
| Feb-06 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | - | 1,800.00 | 311.33 | | | 2,111.33 | 109,694.85 | - | 109,694.85 | 2,775,142.55 | 10.00% | | 21,288.76 | | | 130,983.62 |
| Mar-06 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | - | 1,800.00 | 311.33 | | | 2,111.33 | 109,694.85 | - | 109,694.85 | 2,875,057.09 | 10.00% | | 24,418.29 | | | 134,113.15 |
| Apr-06 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | - | 1,800.00 | 311.33 | | | 2,111.33 | 109,694.85 | - | 109,694.85 | 2,974,971.62 | 10.00% | | 24,451.82 | | | 134,146.67 |
| May-06 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | - | 1,800.00 | 311.33 | | | 2,111.33 | 109,694.85 | - | 109,694.85 | 3,074,886.15 | 10.00% | | 26,115.47 | | | 135,810.32 |
| Jun-06 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | - | 1,800.00 | 311.33 | | | 2,111.33 | 109,694.85 | - | 109,694.85 | 3,174,800.69 | 10.00% | | 26,094.25 | | | 135,789.11 |
| Jul-06 | 88,912.00 | 8,891.20 | 9,780.32 | 107,583.52 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,683.52 | - | 109,683.52 | 3,274,703.89 | 10.00% | | 27,812.55 | | | 137,496.07 |
| Aug-06 | 93,358.00 | 9,335.80 | 10,269.38 | 112,963.18 | - | 1,800.00 | 300.00 | | | 2,100.00 | 115,063.18 | - | 115,063.18 | 3,379,497.69 | 10.00% | | 28,702.58 | | | 143,765.76 |
| Sep-06 | 93,358.00 | 9,335.80 | 10,269.38 | 112,963.18 | - | 1,800.00 | 300.00 | | | 2,100.00 | 115,063.18 | - | 115,063.18 | 3,484,291.49 | 10.00% | | 28,638.01 | | | 143,701.19 |
| Oct-06 | 93,358.00 | 9,335.80 | 10,269.38 | 112,963.18 | - | 1,800.00 | 300.00 | | | 2,100.00 | 115,063.18 | - | 115,063.18 | 3,589,085.29 | 10.00% | | 30,482.64 | | | 145,545.82 |
| Nov-06 | 93,358.00 | 9,335.80 | 10,269.38 | 112,963.18 | - | 1,800.00 | 300.00 | | | 2,100.00 | 115,063.18 | - | 115,063.18 | 3,693,879.09 | 10.00% | | 30,360.65 | | | 145,423.83 |
| Dec-06 | 93,358.00 | 9,335.80 | 10,269.38 | 112,963.18 | - | 1,800.00 | 300.00 | | | 2,100.00 | 115,063.18 | - | 115,063.18 | 3,798,672.89 | 10.00% | | 32,262.70 | | | 147,325.88 |
| Jan-07 | 93,358.00 | 9,335.80 | 10,269.38 | 112,963.18 | - | 1,800.00 | 300.00 | | | 2,100.00 | 115,063.18 | - | 115,063.18 | 3,903,466.69 | 10.00% | | 33,152.73 | | | 148,215.91 |
| Feb-07 | 93,358.00 | 9,335.80 | 10,269.38 | 112,963.18 | - | 1,800.00 | 300.00 | | | 2,100.00 | 115,063.18 | - | 115,063.18 | 4,008,260.49 | 10.00% | | 30,748.30 | | | 145,811.48 |
| Mar-07 | 93,358.00 | 9,335.80 | - | 102,693.80 | - | 1,800.00 | 300.00 | | | 2,100.00 | 104,793.80 | - | 104,793.80 | 4,113,054.29 | - | | - | 7.25% | (629.33) | 104,164.47 |
| Apr-07 | 93,358.00 | 9,335.80 | - | 102,693.80 | - | 1,800.00 | 300.00 | | | 2,100.00 | 104,793.80 | - | 104,793.80 | 4,217,848.09 | - | | - | 7.25% | (1,254.87) | 103,538.93 |
| May-07 | 93,358.00 | 9,335.80 | - | 102,693.80 | - | 1,800.00 | 300.00 | | | 2,100.00 | 104,793.80 | - | 104,793.80 | 4,322,641.89 | - | | - | 7.25% | (1,876.67) | 102,917.13 |
| Jun-07 | 93,358.00 | 9,335.80 | - | 102,693.80 | - | 1,800.00 | 300.00 | | | 2,100.00 | 104,793.80 | - | 104,793.80 | 4,427,435.69 | - | | - | 7.25% | (2,494.72) | 102,299.08 |
| Jul-07 | 93,358.00 | 9,335.80 | - | 102,693.80 | - | 1,800.00 | 300.00 | | | 2,100.00 | 104,793.80 | - | 104,793.80 | 4,532,229.49 | - | | - | 7.25% | (3,109.07) | 101,684.73 |
| Aug-07 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 4,642,158.09 | - | | - | 7.25% | (3,901.99) | 106,026.61 |
| Sep-07 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 4,752,086.69 | - | | - | 7.25% | (4,538.72) | 105,389.88 |
| Oct-07 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 4,862,015.29 | - | | - | 7.25% | (5,171.62) | 104,756.98 |
| Nov-07 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 4,971,943.89 | - | | - | 7.25% | (5,800.73) | 104,127.87 |
| Dec-07 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 5,081,872.49 | - | | - | 7.25% | (6,426.06) | 103,502.54 |
| Jan-08 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 5,191,801.09 | - | | - | 7.25% | (7,047.63) | 102,880.97 |
| Feb-08 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 5,301,729.69 | - | | - | 7.25% | (7,665.47) | 102,263.13 |
| Mar-08 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 5,411,658.29 | - | | - | 7.25% | (8,279.60) | 101,649.00 |
| Apr-08 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 5,521,586.89 | - | | - | 7.25% | (8,890.04) | 101,038.56 |
| May-08 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 5,631,515.49 | - | | - | 7.25% | (9,496.82) | 100,431.78 |
| Jun-08 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 5,741,444.09 | - | | - | 7.25% | (10,099.95) | 99,828.65 |
| Jul-08 | 98,026.00 | 9,802.60 | - | 107,828.60 | - | 1,800.00 | 300.00 | | | 2,100.00 | 109,928.60 | - | 109,928.60 | 5,851,372.69 | - | | - | 7.25% | (10,699.46) | 99,229.14 |
| | 5,961,888.00 | 596,188.80 | 371,992.94 | 6,930,069.74 | 61,621.25 | 122,400.00 | 21,212.33 | 95,642.00 | 42,420.30 | 343,295.88 | 7,273,365.62 | (1,050,000.00) | 6,223,365.63 | | | | 651,048.24 | | (97,382.74) | $ 6,777,031.13 |

| | | |
|---|---|---|
| Unpaid legal charges | [1] | 62,303.40 |
| Balance due for Property Taxes | [2] | 373,887.37 |
| Total Damages | | $ 7,213,221.89 |

Note [1] = Unpaid legal charges represent legal fees owed to James Bow, San Francisco, and Wendel, Rosen, Black & Dean LLP, Oakland, for services rendered that have not yet been paid for by Sunnyside Development Company, LLC. They have been included in the calculation of total damages in accordance with Paragraph 31 of the Lease Agreement.

Note [2] = Total balance of unpaid Property Taxes per Sunnyside's information from the Alameda County Tax Assessor and the City of Fremont through February 13, 2007

# Exhibit D

# Opsys / Cambridge Transaction

## 2002 / 2004

Oct. 2002
Consideration
Cambridge Display Technology (CDT)
Opsys Ltd
16% Ownership + control
84% Ownership; no control; Subject to CDT option to acquire balance
UK Assets
US Assets
Opsys UK (CDT Oxford)
Opsys US

December 2004
Consideration
Cambridge Display Technology
100% Stock
Shareholders
16% (2002) to 100% (2004) by acquiring all Opsys Ltd. stock
84% (2002)
Opsys Ltd
Opsys UK (CDT Oxford)
Opsys US (Bankrupt 5/03)

# Exhibit E

Robert H. Bunzel, State Bar No. 99395
Alyson L. Huber, State Bar No. 202713
Brian P. Villarreal, State Bar No. 234690
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
ahuber@bztm.com

Attorneys for Plaintiff
SUNNYSIDE DEVELOPMENT CO., LLC

BARTKOZANKEL Bartko·Zankel·Tarrant·Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SUNNYSIDE DEVELOPMENT COMPANY, LLC,

Plaintiff,

v.

OPSYS LIMITED, a United Kingdom Company,

Defendant.

No. C 05-00553 MHP

**~~[proposed]~~ ORDER ALLOWING COUNSEL TO BRING TO COURT CERTAIN EQUIPMENT FOR TRIAL**

Pre-Trial: February 7, 2007
Time: 2:30 p.m.
Courtroom: 15, 18th Floor
Judge: Hon. Marilyn Hall Patel

Trial Date: February 20, 2007

2103.000/323322.1

ORDER ALLOWING COUNSEL TO BRING TO COURT CERTAIN EQUIPMENT FOR TRIAL
Case No. C 05-00553 MHP

BARTKOZANKEL
Bartko·Zankel·Tarrant·Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

WHEREAS, plaintiff has requested permission to bring electronic equipment to this Court for use at trial in the display of videotaped depositions of plaintiff's designated deposition excerpts, electronic images of exhibits offered at trial and other demonstrative exhibits.

IT IS HEREBY ORDERED that plaintiff can bring and deliver the following electronic equipment to the courtroom 15 of the Honorable Marilyn Hall Patel.

1. 3 Computer laptops
2. A projector for projections of images from a computer
3. An ELMO
4. Audio video cables and power supply equipment
5. A laser pointer
6. An AV Hub
7. **2 Easels**

Plaintiff's shall be allowed to bring the following equipment to this Court from February 16, 2007 to March 16, 2007.

DATED: February 14, 2007

The Honorable Marilyn Hall Patel
United States District Court Judge