ROBERT H. BUNZEL State Bar No. 99395
ALYSON L. HUBER, State Bar No. 202713
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone; (415) 956-1900
Facsimile: (415) 956-1152
rbunzel@bztm.com
ahuber@bztm.com

Attorneys for Plaintiff,
SUNNYSIDE DEVELOPMENT CO., LLC

JAMES E. BURNS, JR., State Bar No. 53250
JUSTIN M. LICHTERMAN, State Bar No. 225734
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
jburns@orrick.com
jlichterman@orrick.com

Attorneys for Defendant,
OPSYS LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>OPSYS LIMITED, a United Kingdom Company,<br><br>Defendant. | No. C 05-00553 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE OPPOSITION BRIEF**<br><br>Judge: The Honorable<br>Marilyn Hall Patel<br><br>Hearing Date: May 16, 2007<br>Time: 1:00 p.m.<br>Courtroom: 15, 18th Floor |

# RECITALS

A. The Court has ordered that post-trial motions in this matter be filed by April 2, 2007 and opposition briefs by April 23, 2007; that no reply briefs be filed; and that such motions be heard May 16, 2007. *See* minute order filed Mar. 14, 2007, Dkt. 173.

B. Plaintiff Sunnyside Development Company LLC ("Plaintiff") filed its Motion for Attorney's Fees Pursuant to the Parties' Contracts and Motion to Add Cambridge Display Technology, Inc. as a Party to the Action and Judgment on April 2, 2007, Dkts. 179-185 ("Plaintiff's Motion").

C. Thereafter, Cambridge Display Technology, Inc. ("CDT Inc.") retained Bruce Ericson, Sharon O'Grady and Alice Kwong Ma Hayashi of Pillsbury Winthrop Shaw Pittman LLP to represent it in this matter.

D. Counsel for CDT Inc. represent that senior executives and key witnesses for CDT Inc., whose cooperation and testimony is needed to respond to Plaintiff's Motion, currently are traveling in Asia, where they cannot be reached by cellular telephone or Blackberry, and will not be back in the office before the current opposition due date of April 23, 2007.

E. Counsel for CDT Inc. question whether Plaintiff's service by mail on CDT Inc. in November 2005 of Plaintiff's Motion for Leave to File a Second Amended Complaint and/or Join a Related Party as Successor-in-Interest (*see* Dkt. 51), assuming *arguendo* such service was effective, relieves Plaintiff of the requirement to serve its current motion to add CDT Inc. "in the manner provided in Rule 4 for a service of summons" (*see* Fed. R. Civ. P. 25(a), (c)), but are willing to waive service under Rule 4 provided that CDT Inc. receives the extra time contemplated by this stipulation.

# STIPULATION

NOW, THEREFORE, PLAINTIFF, CDT INC., AND DEFENDANT OPSYS LIMITED HEREBY REQUEST AND STIPULATE THROUGH THEIR ATTORNEYS OF RECORD AS FOLLOWS:

1. The last day for CDT Inc. to respond to Plaintiff's Motion may be extended from April 23, 2007 to and including May 7, 2007. This stipulation does not affect any other filing dates (namely, the dates for Plaintiff to respond to defendant Opsys Limited's motion, or for Opsys Limited to respond to Plaintiff's Motion).

2. The hearing on Plaintiff's Motion may be held on the previously-set hearing date of May 16, 2007 if the Court wishes. If, however, in light of the requested extension of time for CDT Inc. to file its response to the motion (*see* paragraph 1 above) to a time shorter than 14 days before the hearing, the Court would prefer a later hearing date, the undersigned also would be agreeable to having the hearing held on Monday, May 21, 2007 or Wednesday, May 23, 2007 or on any other mutually agreeable date.

Dated: April 19, 2007.

    BARTKO, ZANKEL, TARRANT & MILLER
    ROBERT H. BUNZEL
    ALYSON L. HUBER

    By   /s/
    Attorneys for Plaintiff
    SUNNYSIDE DEVELOPMENT COMPANY LLC

    ORRICK, HERRINGTON & SUTCLIFFE LLP
    JAMES E. BURNS, JR.
    JUSTIN M. LICHTERMAN

    By   /s/
    Attorneys for Defendant
    OPSYS LIMITED

    PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON
    SHARON L. O'GRADY
    ALICE KWONG MA HAYASHI
    50 Fremont Street
    San Francisco, CA 94105
    Telephone: (415) 983-1000
    Facsimile: (415) 983-1200

    By   /s/
    Attorneys for Non-Party/Respondent
    CAMBRIDGE DISPLAY TECHNOLOGY, INC.

Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of this document has been obtained from counsel for CAMBRIDGE DISPLAY TECHNOLOGY, INC. and counsel for OPSYS LIMITED.

BARTKO, ZANKEL, TARRANT & MILLER
ROBERT H. BUNZEL
ALYSON L. HUBER

By ___/s/_____
Attorneys for Plaintiff,
SUNNYSIDE DEVELOPMENT COMPANY LLC

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. CDT Inc. may have to and including May 7, 2007 to respond to Plaintiff's Motion.

2. The hearing on Plaintiff's motion will be held on May 16, 2007, at 1:00 P.M.

Dated: April 24, 2007.

The Honorable
United

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel